David H. Madden
Mersenne Law LLP
9600 S.W. Oak Street
Suite 500
Tigard, Oregon 97223
(503) 679-1671
dhm@mersenne.com
Attorney for Certain Defendant DOES 1-50

<u>UNITED STATES DISTRICT COURT</u>

<u>DISTRICT OF OREGON</u>

<u>EUGENE DIVISION</u>

| | |
|---|---|
| **VOLTAGE PICTURES, LLC,** a California limited-liability company;<br><br>Plaintiffs,<br><br>v.<br><br>**DOES 1-50**,<br><br>Defendants. | Civil Action No.: ………. 6:14-cv-00812-___<br><br>[Removed from Marion County Circuit Court No. 14C13823]<br><br>**NOTICE OF FILING NOTICE OF REMOVAL** |

**PLEASE TAKE NOTICE THAT** on May 16th, 2014 certain anonymous John Doe defendant ISP subscribers electronically filed a Notice of Removal of Circuit Court of Marion County Case Number 14C13823 with the United States District Court of Oregon and served Notice on Plaintiff. On Monday May 19, 2014, my co-counsel, Morgan Pietz of The Pietz Law Firm, will cause the Notice of Removal to be served by mail on all defendants we are aware of who have appeared so far in the state court action, as per

the service list below.

| | |
|---|---|
| May 16, 2014 | David H. Madden, SBN OR080396 |
| Date | Attorney for Certain Defendant DOES 1-50 |
| | Mersenne Law LLP |
| | 9600 S.W. Oak Street |
| | Suite 500 |
| | Tigard, Oregon  97223 |
| | dhm@mersenne.com |
| | (503)679-1671 |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the document entitled:

**NOTICE OF FILING NOTICE OF REMOVAL**

was served upon the parties listed below on the date indicated,

- ☐ by handing it to the person;
- ☐ by leaving it at the leaving it at the person's office with a clerk or other person in charge or, if no one is in charge, in a conspicuous place in the office; or if the person has no office or the office is closed, at the person's dwelling or usual place of abode with someone of suitable age and discretion who resides there;
- ☒ by mailing it to the address indicated;
- ☐ by leaving it with the court clerk;
- ☒ by electronic filing notification (PACER); or
- ☒ other: <u>by electronic mail</u>

The Notice of Filing Notice of Removal was served via electronic filing notification and by electronic mail on May 16th, 2014:

Carl D. Crowell, Esq.
Crowell Law
943 Liberty Street S.E.
P.O. Box 923
Salem, Oregon  97308-0923
crowell@kite.com
Attorney for Plaintiff VOLTAGE PICTURES, LLC

The Notice of Filing Notice of Removal will be mailed to the following addresses via U.S. Mail on May 19th, 2014:

John Doe 11
1841 Montreal Road, Suite #103
Tucker, GA 30084
*Pro Se Litigant*

John Doe 18
c/o Portland State Student Legal Services
PO Box 791
Portland, OR 97207

(Cont'd)

*Certificate of Service*

Mikelle L. Rupp
RUPP LAW LLC
29030 SW Town Center Loop E, Suite 202-280
Wilsonville, OR 97070
Attorney for Defendant DOE

May 16, 2014

_____    _____
         Date                David H. Madden

*Certificate of Service*