UNITED STATES DISTRICT COURT
DISTRICT OF OREGON

Voltage LLC

Plaintiff(s),

v.

DOES 1-50

Defendant(s).

Civil Case No. 6:14-cv-812 - MC

APPLICATION FOR SPECIAL
ADMISSION – *PRO HAC VICE*

Attorney **Morgan E. Pietz** requests special admission *pro hac vice* in the above-captioned case.

**Certification of Attorney Seeking *Pro Hac Vice* Admission:** I have read and understand the requirements of LR 83-3, and certify that the following information is correct:

(1)  **PERSONAL DATA:**
Name: **Pietz** **Morgan** **E.**
    (Last Name)  (First Name)  (MI)  (Suffix)
Firm or Business Affiliation: **The Pietz Law Firm**
Mailing Address: **3770 Highland Ave., Suite 206**
City: **Manhattan Beach**   State: **CA**   Zip: **90266**
Phone Number: **(310) 424-5557**   Fax Number: **(310) 546-5301**
Business E-mail Address: **mepietz@pietzlawfirm.com**

(2) **BAR ADMISSIONS INFORMATION:**

    (a)    State bar admission(s), date(s) of admission, and bar ID number(s):
California, 12/01/2008, 260629

    (b)    Other federal court admission(s), date(s) of admission, and bar ID number(s):
Please see attached.

(3) **CERTIFICATION OF DISCIPLINARY ACTIONS:**

    (a)    ☑ I am not now, nor have I ever been subject to any disciplinary action by any state or federal bar association; or

    (b)    ☐ I am now or have been subject to disciplinary action from a state or federal bar association. (See attached letter of explanation.)

(4) **CERTIFICATION OF PROFESSIONAL LIABILITY INSURANCE:**

I have professional liability insurance, or financial responsibility equivalent to liability insurance, that will apply and remain in force for the duration of the case, including any appeal proceedings.

(5) **REPRESENTATION STATEMENT:**

I am representing the following party(s) in this case:
DOES 1-50

(6)  **CM/ECF REGISTRATION:**

Concurrent with approval of this *pro hac vice* application, I acknowledge that I will become a registered user of the Court's Case Management/Electronic Case File system. (*See* the Court's website at ord.uscourts.gov), and I consent to electronic service pursuant to Fed. R. Civ. P 5(b)(2)(E) and the Local Rules of the District of Oregon.

DATED this __15th__ day of __May__, __2014__

_____
(Signature of Pro Hac Counsel)

**Morgan E. Pietz, Esq.**
(Typed Name)

**CERTIFICATION OF ASSOCIATED LOCAL COUNSEL:**

I certify that I am a member in good standing of the bar of this Court, that I have read and understand the requirements of LR 83-3, and that I will serve as designated local counsel in this particular case.

DATED this __19__ day of __May__, __2014__

_____
(Signature of Local Counsel)

Digitally signed by David Madden
Date: 2014.05.19 14:07:27 -07'00'

Name: **Madden** _____ **David** _____ **H.** _____
    (Last Name)    (First Name)    (MI)    (Suffix)

Oregon State Bar Number: **OR080396**
Firm or Business Affiliation: **Mersenne Law LLP**
Mailing Address: **9600 S.W. Oak Street, Suite 500**
City: **Tigard**    State: **OR**    Zip: **97223**
Phone Number: **(503) 679-1671**    Business E-mail Address: **dhm@mersenne.com**

---

### COURT ACTION

☒ Application approved subject to payment of fees.
☐ Application denied.

DATED this __21__ day of __May__, __2014__

_____
Judge

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| **VOLTAGE PICTURES, LLC,** a California limited-liability company; <br><br> Plaintiff, <br><br> v. <br><br> **DOES 1-50,** <br><br> Defendants. | Civil Action No.: ............. 6:14-cv-00812-MC <br><br> [*Removed from Marion County Circuit Court No. 14C13823*] <br><br> **[PROPOSED] ORDER** |

On May 19th, 2014, attorney Morgan E. Pietz, Esq. submitted an application for admission *pro hac vice* and to associate with David H. Madden, Esq. on behalf of certain anonymous John Does in the above-captioned matter. David H. Madden, Esq. is an attorney in good standing with the Oregon State Bar, and Morgan E. Pietz, Esq. is an attorney in good standing with the State Bar of California.

For good cause shown, Defendant's Motion for Order Granting Morgan E. Pietz's Application for Admission *pro hac vice* is hereby granted.

Dated: 5/21/14

_____

*[PROPOSED] Order*