Carl D. Crowell, OSB No. 982049
email:  crowell@kite.com
CROWELL LAW
P.O. Box 923
Salem, OR 97308
(503) 581-1240
Of attorneys for plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

| **VOLTAGE PICTURES, LLC,** | Case No.:  6:14-cv-00812-MC |
|---|---|
| Plaintiff, | SUPPLEMENTAL |
| v. | MOTION TO REMAND |
| **DOE NO. 1,** | (Supplement to Dkt. 9) |
| Defendant. | |

SUPPLEMENTAL

MOTION TO REMAND

Counsel for plaintiff submits this supplement (LR 15) to plaintiff's Motion to Remand of May 27, 2014, Dkt. 9.

Counsel for plaintiff and the actual counsel for defendant Doe No. 1 have fully conferred pursuant to LR 7-1 and counsel for defendant Doe No. 1, Erin R. Christison, (OSB No. 100221) does not oppose plaintiff's motion and supports remand of this matter pursuant to 28 U.S.C. § 1447(c) due to lack of subject matter jurisdiction and defect in removal, specifically noting the defendant was never a party to any motion to remove and any claims that any removing party may have represented or be acting on behalf of defendant are false.

Plaintiff and defendant maintain there is no federal question and both parties wish to fully resolve this matter before the Marion County Circuit Court.

DATED: June 12, 2014.

                                            CROWELL LAW

                                            /s/ Carl D. Crowell
                                            Carl D. Crowell, OSB No. 982049
                                            email:  crowell@kite.com
                                            (503) 581-1240
                                            Of attorneys for plaintiff