Carl D. Crowell, OSB No. 982049
email:  crowell@kite.com
CROWELL LAW
P.O. Box 923
Salem, OR 97308
(503) 581-1240
Of attorneys for plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| **VOLTAGE PICTURES, LLC,**<br><br>    Plaintiff,<br><br>v.<br><br>**DOE NO. 1,**<br><br>    Defendant. | Case No.:  6:14-cv-00812-MC<br><br>CERTIFICATE OF SERVICE<br><br>SUPPLEMENTAL MOTION TO REMAND |

    I certify that on this day I caused to be mailed first class mail and delivered by email plaintiff's Supplemental Motion to Remand on counsel for defendant at the following addresses:

    Erin R. Christison
    NOVATION LAW
    5955 Shoreview Ln N. suite #102
    PO Box 21534
    Keizer, OR 97307

    email: erinc@novationlaw.com

    DATED: June 12, 2014.

                                                      CROWELL LAW

                                                      /s/ Carl D. Crowell
                                                      Carl D. Crowell, OSB No. 982049
                                                      email:  crowell@kite.com
                                                      (503) 581-1240
                                                      Of attorneys for plaintiff